**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant, MICHAEL PAUL LOPEZ,

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: **1:16-CR-00017-DAD-BAM** |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER.** |
| v. | |
| **MICHAEL PAUL LOPEZ,** | Date: July 6, 2020<br>Time: 10:00 a.m. |
| Defendant. | Dept: 5 |

Defendant MICHAEL PAUL LOPEZ, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record MCGREGOR SCOTT, United States Attorney, and JOSEPH BARTON, Assistant U.S. Attorney, hereby stipulate as follows:

1. By previous order, on April 8, 2020, Sentencing was set for May 18, 2020, at 10:00 a.m. in Courtroom 5 before the Honorable Judge Dale A. Drozd.

2. In compliance with Eastern District of California General Orders 611, 612, and 617 issued on March 17, March 18, and April 17, 2020, the sentencing hearing scheduled for May 18, 2020 was vacated and continued to June 29, 2020.

///

///



3. Counsel for Mr. Lopez has a scheduling conflict on June 29, 2020, in that he must appear in Tulare County Superior case VCF391227, *People of the State of California v. Bryan Ferreira* for a two-day hearing.

4. By this stipulation, the parties request that the Sentencing date currently scheduled for June 29, 2020 be continued and a new Sentencing date of July 6, 2020, or at a time that is convenient to the court, be set.

Counsel for defendant discussed the request to continue the current Sentencing date and request a new Sentencing date with Assistant United States Attorney Joseph Barton before making the request of the Court.

IT IS SO STIPULATED.

DATED:_____ /s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney

DATED: June 1, 2020 /s/ *Roger D. Wilson*
ROGER D. WILSON
Attorney for Michael Lopez

--o0o--

**O R D E R**

IT IS SO FOUND AND ORDERED that the above Stipulation to continue the currently scheduled Sentencing date of June 29, 2020; and to set a new Sentencing date of July 6, 2020, or at a time that is convenient to the court, is hereby approved.

IT IS SO ORDERED.

Dated: **June 1, 2020**    *Dale A. Drozd*
UNITED STATES DISTRICT JUDGE