UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL PAUL LOPEZ,<br><br>　　　　　Defendant. | Case No.  1:16-cr-00017-DAD-BAM<br><br><br>ORDER OF RELEASE |

　　　　The above named defendant having been sentenced on July 6, 2020 to TIME SERVED,

　　　　IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.  A judgment and commitment order will follow.

IT IS SO ORDERED.

　　　Dated:   **July 6, 2020**　　　　　　　　　　　　　　　_Dale A. Drozd_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1