McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LOPEZ,<br><br>Defendant. | CASE NO. 1:16-CR-00017-DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER<br><br>DATE: November 12, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Erica P. Grosjean |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 12, 2020.

2. By this stipulation, defendant now moves to continue the status conference until January 13, 2021.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Defendant Lopez has a preliminary hearing currently set for November 12, 2020 and the parties have submitted a stipulation to continue the preliminary hearing until January 13, 2021, at 2:00 pm before the Magistrate Judge.

   b) The parties are requesting the preliminary hearing and this status conference be held at the same time.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 10, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated: November 3, 2020

/s/ MEGHAN McLOUGHLIN
MEGHAN McLOUGHLIN
Counsel for Defendant
MICHAEL LOPEZ

**FINDINGS AND ORDER**

Pursuant to the terms of the stipulation, Defendant Lopez's preliminary hearing currently set for November 12, 2020 shall be continued until January 13, 2021, at 2:00 pm before the Magistrate Judge.

IT IS SO ORDERED.

Dated:  **November 10, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE