1  PHILLIP A. TALBERT
   Acting United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7
8                       IN THE UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:20-MJ-00116-SAB
12 |                           |          1:16-00017-DAD-BAM
   | Plaintiff,                |
13 | v.                        | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME
14 | MICHAEL LOPEZ,            |
15 | Defendant.                | DATE: May 13, 2021
   |                           | TIME: 2:00 p.m.
16 |                           | COURT: Hon. Erica P. Grosjean

17    The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

18 Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on May 11, 2021. The

19 Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

20 demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

21 5.1(d) of the Federal Rules of Criminal Procedure.

22    Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

23 of justice served by granting this continuance outweigh the best interests of the public and the defendant

24 in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

25 not adversely affect the public interest in the prompt disposition of criminal cases.

26    THEREFORE, FOR GOOD CAUSE SHOWN:

27    1.    The date of the preliminary hearing in 1:20-MJ-00116-SAB is extended to June 3, 2021,

28 at 2:00 p.m., before the Duty Magistrate Judge.

[PROPOSED] FINDINGS AND ORDER                        1

2. The date of the status hearing on the supervised release violation in 1:16-00017-DAD-BAM is continued to June 3, 2021, at 2 p.m., before the Duty Magistrate Judge.

3. The time between May 13, 2021, and June 3, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

4. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: **May 11, 2021**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND ORDER